1 BENJAMIN B. WAGNER
United States Attorney
2 CHRISTOPHER D. BAKER
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000

5 Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00446 LJO |
| Plaintiff, | |
| v. | APPLICATION AND ORDER REGARDING FINANICAL DISCLOSURES |
| NOLA DIANE COLLINS, aka Diane Collins, | |
| Defendant. | |

On October 21, 2013, the Defendant herein, NOLA DIANE COLLINS, entered a guilty plea to Count One of the Indictment, which charges her with Theft of Public Money, in violation of 18 U.S.C. § 641.

As part of her Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of her assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" (Financial Affidavit) within five (5) weeks from the entry of Defendant's change of plea (see Doc. 19, ¶3(k)). The Defendant also agreed to have the Court enter an

-1-
APPLICATION AND ORDER REGARDING FINANCIAL DISCLOSURES

order to that effect (id.).

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendant herein, NOLA DIANE COLLINS, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, no later than November 25, 2013.

Dated: November 21, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **November 21, 2013**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for the
   United States of America
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. 1:12-CR-00446 LJO
                                  )
12         Plaintiff,             )
                                  ) ORDER REGARDING FINANCIAL
13     v.                         ) DISCLOSURES
                                  )
14 NOLA DIANE COLLINS, aka        )
     Diane Collins,               )
15                                )
           Defendant.             )
16                                )
                                  )
17

18     The Defendant herein, NOLA DIANE COLLINS, is hereby ordered to

19 complete and sign both the "Financial Statement Pre-Sentencing

20 Disclosure" and the "Authorization to Release Information," and

21 provide those forms to the United States Attorney's Office, Attention

22 FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no

23 later than November 25, 2013.

24
25
26
27
28